AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Adriana Aguilar, Ingrid Placencia et al | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:15-cv-08684-GBD |
| 476 Ninth Avenue LLC et al | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

476 Ninth Ave Restaurant Corp, Micaela Becerril and Apolonio Mario Ramirez i/s/a Apolinar Ramirez.

Date:   12/10/2015

*Attorney's signature*

Michael Samuel (MS7997)
*Printed name and bar number*

Samuel & Stein
38 W. 32nd Street, Suite 1110
New York, NY 10001

*Address*

michael@samuelandstein.com
*E-mail address*

(212) 563-9884
*Telephone number*

(212) 563-9870
*FAX number*